FILED

NOV - 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS CARDENAS-MORFIN,<br><br>  Defendant. | No. CR-10-70916-MAG-1 (DMR)<br>(3-)<br><br>DETENTION ORDER |

## I.  DETENTION ORDER

Defendant Luis Cardenas-Morfin is charged in a Complaint with violation of 21 U.S.C. § 841(a)(1) and 846 (conspiracy, possession with intent to distribute, and distribution of controlled substances) and 18 U.S.C. § 922(a)(1) (engaging in the business of dealing firearms without a license). The United States moved for Mr. Cardenas-Morfin's detention and asked for a detention hearing as permitted by 18 U.S.C. § 3142(f)(1). Pretrial Services prepared a criminal history report, which the Court reviewed. It appears that Defendant currently is subject to a state parole hold. On November 2, 2010, Defendant submitted to detention, but reserved the right to present additional information at a later date should Defendant's circumstances change.

DETENTION ORDER
CR 10-70916-MAG-1(DMR)                              1

cc:  Copy to parties via ECF, Pretrial Services, 2 Certified Copies to US Marshal

After considering the limited information currently available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Cardenas-Morfin and finds that no condition or combination of conditions will reasonably mitigate the serious risk of flight or the danger that Defendant poses to the community.  See 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Cardenas-Morfin as a serious flight risk as well as a danger to the community.  Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at his request at a future time.

Mr. Cardenas-Morfin shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: November 2, 2010

_____
DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 10-70916-MAG-1(DMR)                    2