1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   KAREN D. BEAUSEY  (CABN 155258)
    Assistant United States Attorney

5

6        1301 Clay Street, Suite 340S
         Oakland, CA 94612
         Telephone:  (415) 436-6935

7        Fax: (415) 436-6982
         E-Mail: Karen.Beausey@usdoj.gov

8
    Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR-11-00138 SBA
                                       )
14                     Plaintiff,      )   **STIPULATION AND  ORDER**
                                       )   **REFERRING MATTER TO DOCTOR**
15  vs.                                )   **FOR PSYCHOLOGICAL**
                                       )   **EXAMINATION**
16  LUIS CARDENAS MORFIN,              )
                                       )
17                     Defendant.      )
    _____)

18

19        IT IS HEREBY STIPULATED, by and between the parties to this action, and based

20  upon the record set forth at the last calling of the matter on June 14, 2011, that the defendant

21  be referred to Dr. John Chamberlain for psychological examination to evaluate whether the

22  defendant is competent to stand trial in the above-captioned matter – that is, whether the

23  defendant is currently suffering from a mental disease or defect rendering him mentally

24  incompetent to the extent that he is unable to understand the nature of the proceedings against

25  him or to assist properly in his own defense.  IT IS FURTHER STIPULATED that Dr.

26  Chamberlain shall have access to the defendant at his current place of pre-trial detention in

                                       1

1  order to conduct whatever testing Dr. Chamberlain deems necessary to evaluate the defendant's

2  competency.  Upon completion of his examination Dr. Chamberlain shall prepare a report of

3  his findings and conclusions, which shall be filed with the Court pursuant to 18 U.S.C. §§

4  4247(b) and (c).

5       IT IS FURTHER STIPULATED that a hearing to determine the defendant's

6  competency shall be held on September 6, 2011 at 10:00 a.m.

7       IT IS FURTHER STIPULATED that the time between June 14, 2011 and September 6,

8  2011 should be excluded under18 U.S.C. §3161(H)(1)(A) as delay resulting from the need to

9  conduct an examination and the appropriate proceedings to determine the mental competency

10  of the defendant.

11

12  Date     07/12/11                    /s/
                                  _____

13                                David Kelvin
                                  Attorney at Law

14                                Counsel for defendant CARDENAS-MORFIN

15

16                                        /s/
                                  _____

    Date     07/12/11            Karen Beausey

17                                Assistant United States Attorney

18

19

20       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this efiled document.            /S/ Karen Beausey
                                  _____
21                                Counsel for the Unites States

22

23

24

25

26

                                    2

1

2                                    ORDER

3          The Court finds that based upon the stipulation of the parties to this action and the

4  record set forth at the last calling of the matter on June 14, 2011, there is reasonable cause to

5  believe that the defendant may presently be suffering from a mental disease or defect rendering

6  him mentally incompetent to the extent that he is unable to understand the nature and

7  consequences of the proceedings against him or to assist in his defense.  Accordingly, IT IS

8  HEREBY ORDERED that the defendant be referred to Dr. John Chamberlain for

9  psychological examination to evaluate whether the defendant is competent to stand trial in the

10  above-captioned matter.  IT IS FURTHER ORDERED that Dr. Chamberlain shall have access

11  to the defendant at his current place of pre-trial detention in order to conduct whatever testing

12  Dr. Chamberlain deems necessary to evaluate the defendant's competency.  IT US FURTHER

13  ORDERED that upon completion of his examination Dr. Chamberlain shall prepare a report of

14  his findings and conclusions, which shall be filed with the Court pursuant to 18 U.S.C. §§

15  4247(b) and (c).

16          IT IS FURTHER ORDERED that a hearing to determine the defendant's competency

17  shall be held on September 6, 2011 at 10:00 a.m.

18          IT IS FURTHER ORDERED that the time between June 14, 2011 and September 6,

19  2011 should be excluded under18 U.S.C. §3161(h)(1)(A) as delay resulting from the need to

20  conduct an examination and the appropriate proceedings to determine the mental competency

21  of the defendant.

22          IT IS SO ORDERED.

23

24   ___7/15/11_____          _____*Saundra B Armstrong*_____
     Date                              HON. SAUNDRA BROWN ARMSTRONG
25                                     UNITED STATES DISTRICT JUDGE

26

                                        3